ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 10:46 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00021-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 10:46:49 AM
CHRISTOPHER A. PRINE
Clerk

**PFIZER INC. and TRIS PHARMA, INC.,**
*Appellants,*

**vs.**

**THE STATE OF TEXAS,** *ex rel.* **TARIK AHMED,**
*Appellees.*

**On Appeal from the 71st Judicial District Court**
**Harrison County, Texas**
**Trial Court Cause No. 23-1031**

# NOTICE OF APPEARANCE

TO THE HONORABLE COURT OF APPEALS:

Paige L. Cheung, Nadia Burns, and Vivian Egbu hereby appear as counsel ("Counsel") for State of Texas in this case. Paige L. Cheung will replace Jonathan D. Bonilla as Lead Attorney. Counsel request that the parties and Court serve Counsel with all documents required to be served under the Texas Rules of Appellate Procedure, local rules, or any Order entered by the Court in this case. Contact information for Counsel is listed below.

5

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**AMY HILTON**
Chief for Healthcare Program Enforcement Division

*/s/ Paige L. Cheung*
PAIGE L. CHEUNG
Assistant Attorney General
Texas State Bar No. 24116193

VIVIAN EGBU
Assistant Attorney General
Texas State Bar No. 24079078

NADIA BURNS
Assistant Attorney General
Texas State Bar No. 24041176

Office of the Attorney General
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

5

Telephone: (512) 936-9932
Facsimile: (512) 320-0667
Paige.Cheung@oag.texas.gov
Vivian.Egbu@oag.texas.gov
Nadia.Burns@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument was served upon all counsel of record in compliance with the Texas Rules of Appellate Procedure on June 3, 2025.

*/s/ Paige L. Cheung*
Paige L. Cheung

**POTTER MINTON, PC**
Michael E. Jones
102 N College, Ste 900
Tyler, Texas 75702
(903) 597-8311 (telephone)
MikeJones@potterminton.com

**FOLEY & LARDNER LLP**
Edward D. "Ed" Burbach
Stacy R. Obenhaus
600 Congress Ave, Ste 2900
Austin, Texas 78701
(512) 542-7070 (telephone)
EBurbach@foley.com
SObenhaus@foley.com

**GILLAM & SMITH, LLP**
Harry "Gil" Gillam, Jr.
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450 (telephone)
Gil@gillamsmithlaw.com

**ATTORNEYS FOR APPELLANTS**

**BLANK ROME LLP**
William E. Lawler III
Huaou Yan
1825 Eye St. N.W.
Washington, D.C. 20006
(202) 420-2249 (telephone)
William.Lawler@blankrome.com
Huaou.Yan@blankrome.com

**ROPES GRAY**
Samantha Barrett Badlam
Stefan P. Schropp
2099 Pennyslvania Ave., N.W.
Washington, D.C. 20006
(202) 508-4734 (telephone)
Samantha.Badlam@ropesgray.com
Stefan.Schropp@ropesgray.com

**THE VAL JONES LAW FIRM**
George Valton Jones
109 West Austin Street
Marshall, Texas 75670
(903) 927-2220 (telephone)
Val@valjoneslaw.com

**BROWN, LLC**
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
(877) 561-0000 (telephone)
jtb@jtblawgroup.com

**ATTORNEY FOR APPELLEE
RELATOR TARIK AHMED**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Sibley on behalf of Paige Cheung
Bar No. 24116193
lauren.sibley@oag.texas.gov
Envelope ID: 101544601
Filing Code Description: Other Document
Filing Description: Cheung Egbu Burns Notice of Appearance for State of Texas
Status as of 6/3/2025 10:53 AM CST

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Earl Thames | 785097 | Glennthames@potterminton.com | 6/3/2025 10:46:49 AM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 6/3/2025 10:46:49 AM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 6/3/2025 10:46:49 AM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 6/3/2025 10:46:49 AM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 6/3/2025 10:46:49 AM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 6/3/2025 10:46:49 AM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 6/3/2025 10:46:49 AM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 6/3/2025 10:46:49 AM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 6/3/2025 10:46:49 AM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 6/3/2025 10:46:49 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 6/3/2025 10:46:49 AM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 6/3/2025 10:46:49 AM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 6/3/2025 10:46:49 AM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 6/3/2025 10:46:49 AM | SENT |
| Paige Cheung | | paige.cheung@oag.texas.gov | 6/3/2025 10:46:49 AM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Sibley on behalf of Paige Cheung
Bar No. 24116193
lauren.sibley@oag.texas.gov
Envelope ID: 101544601
Filing Code Description: Other Document
Filing Description: Cheung Egbu Burns Notice of Appearance for State of Texas
Status as of 6/3/2025 10:53 AM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paige Cheung | | paige.cheung@oag.texas.gov | 6/3/2025 10:46:49 AM | ERROR |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 6/3/2025 10:46:49 AM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 6/3/2025 10:46:49 AM | ERROR |

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Obenhaus | | sobenhaus@foley.com | 6/3/2025 10:46:49 AM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 6/3/2025 10:46:49 AM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 6/3/2025 10:46:49 AM | SENT |
| Edward Burbach | | eburbach@foley.com | 6/3/2025 10:46:49 AM | SENT |
| George Valton | | val@valjoneslaw.com | 6/3/2025 10:46:49 AM | SENT |
| Pfizer Case Team | | QXRTXQuiTamAssociates&Paralegals@ropesgray.com | 6/3/2025 10:46:49 AM | SENT |
| Lit Docket MCO | | LitDocketInformationGovernance@ropesgray.com | 6/3/2025 10:46:49 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 6/3/2025 10:46:49 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Arias | | diana@gillamsmithlaw.com | 6/3/2025 10:46:49 AM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 6/3/2025 10:46:49 AM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 6/3/2025 10:46:49 AM | SENT |